UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT BEAL,

    Plaintiff,

Case No. 20-cv-10275
Hon. Matthew F. Leitman

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, as to Defendant Equifax Information Services, LLC, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 7, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2021, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764